IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02857-WJM-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAVERNE ST. CLAIR, and
BEVERLY ST. CLAIR,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion to Modify the Scheduling Order** [Docket No. 36; Filed October 16, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**.  The Scheduling Order entered January 11, 2012 [#15] and amended on June 7, 2012 [#30] and on August 23, 2012 [#35] is further modified as follows:

- Dispositive motions deadline        **November 16, 2012**

      Dated:  October 17, 2012