**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-02857-RM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAVERNE ST. CLAIR and
BEVERLY ST. CLAIR,

    Defendants.

---

## ORDER

---

The Court, having reviewed the Joint Stipulation of Dismissal of Party jointly filed by Plaintiff United States of America and Defendants Laverne St. Clair and Beverly St. Clair, and finding good cause therein, hereby:

ORDERS that Beverly St. Clair is dismissed without prejudice as a defendant from this civil action; and

ORDERS that all future pleadings filed in this action shall bear the caption *United States of America v. Laverne St. Clair*, Civil Action No. 11-cv-02857-RM-KLM.

SO ORDERED this 11th day of March, 2014.

                    BY THE COURT:

                    _____
                    RAYMOND P. MOORE
                    United States District Judge