**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02857-RM-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAVERNE ST. CLAIR,

      Defendant.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Amended Findings of Fact, Conclusions of Law, and Order (Doc. 108, entered 3/27/15) of Judge Raymond P. Moore, it is

ORDERED that Plaintiff United States of America is the owner of and holds title to the Disputed Property, to wit:

A tract of land lying and being in the North Half of the Southeast Quarter of Section 33, Township 36 North, Range 9 West, N.N.P.M., County of La Plata, State of Colorado and is more particularly described as follows:

BEGINNING AT A POINT from which the center of said Section 33 bears North 06°34'27" East a distance of 403.48 feet.

Thence South 06°34'27" West a distance of 939.85 feet

along the North-South Centerline of said Section 33 to

the Centerline South 1/16 corner of said Section 33.

Thence North 89°21'41" East a distance of 416.20 feet along

the South boundary line of the North Half of the

Southeast Quarter of said Section 33

to the Southwest corner of Lot 9 of said Section 33;

Thence North 00°36'02" East a distance of 931.07 feet along

the West boundary line of said Lot 9;

Thence South 89°38'27" West a distance of 318.34 feet to

the North-South centerline of said Section 33 and to

the POINT OF BEGINNING, and containing 7.856

acres.

That the Plaintiff United States' ownership has been continuous and the Disputed Property has never been transferred or otherwise conveyed under the Overocker Patent; it is

FURTHER ORDERED that Defendant Laverne St. Clair is liable to Plaintiff United States of America on its claims for trespass and ejectment; it is

FURTHER ORDERED that Plaintiff United States is awarded damages in the amount of $4,634.88; it is

FURTHER ORDERED that Defendant Laverne St. Clair shall remove all of his personal property from the Disputed Property without damaging such property, and

shall relinquish possession of the Disputed Property to Plaintiff United States, all within thirty days of the date of the court's Order; it is

FURTHER ORDERED that Plaintiff United States is awarded costs and shall within 14 days of the date of the court's Order file a bill of costs, in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court.

Dated at Denver, Colorado this 30th day of March, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  Edward P. Butler

Edward P. Butler
Deputy Clerk